1  Kevin S. Simon, State Bar No. 168467
   Jennifer K. Achtert, State Bar No. 197263
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, California 94111
   Telephone:  (415) 490-9000
4  Facsimile:   (415) 490-9001

5  Attorneys for Defendants
   D.G. SMITH ENTERPRISES, INC.,
6  individually and d/b/a Taco Bell, DAVID G. SMITH
   individually and d/b/a Taco Bell, KEITH SHERMAN
7  individually and d/b/a Taco Bell, and
   KEITH SHERMAN ENTERPRISES, INC.
8

9

10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13  SCOTT N. JOHNSON,                    | Case No. 2:09-cv-03192-LKK-DAD
14           Plaintiff,                  | **EX PARTE APPLICATION FOR
                                         | EXTENSION OF TIME FOR DEFENDANTS
15  vs.                                  | TO ANSWER OR OTHERWISE RESPOND
                                         | TO COMPLAINT; ORDER**
16  D.G. SMITH ENTERPRISES, INC., et al.,|
                                         | Complaint Filed: November 17, 2009
17           Defendants.                 | Trial Date: TBD

18

19       I, Jennifer K. Achtert, hereby declare as follows:

20       1.    I am Of Counsel to Fisher & Phillips LLP, attorneys of record for defendant

21  D.G. Smith Enterprises, Inc., individually and d/b/a Taco Bell; David G. Smith, individually

22  and d/b/a Taco Bell; Keith Sherman, individually and d/b/a Taco Bell; and Keith Sherman

23  Enterprises, Inc. ("Defendants"), in this matter.  I am licensed to practice law in the State of

24  California and before this Court, and I am familiar with the pleadings and documents pertaining

25  to the above-captioned lawsuit.  I have personal knowledge of the facts stated in this

26  declaration and, if called as a witness, could competently testify to these facts.

27       2.    Pursuant to Local Rule 144(c), Defendants submit their Ex Parte Application for

28  Extension of Time to Answer or Otherwise Respond to Complaint, to provide Defendants with

---
EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS                                    1
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER    2:09-cv-03192 LKK DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  an extension of time until February 23, 2010, to submit their answer or other responsive
2  pleading to Plaintiff's Complaint.

3       3.      On November 17, 2009, Plaintiff filed his Complaint in this matter which
4  contains claims arising under Title III of the federal Americans With Disabilities Act and
5  California Law.

6       4.      On or about December 29, 2010, Defendants D.G. Smith Enterprises, Inc.
7  Individually and d/b/a Taco Bell, and David G. Smith Individually and d/b/a Taco Bell were
8  served with a copy of the Complaint and summons; assuming service was proper Defendants
9  D.G. Smith Enterprises, Inc. Individually and d/b/a Taco Bell, David G. Smith Individually and
10 d/b/a Taco Bell had until approximately January 19, 2010, to file their answer or other
11 responsive pleading to the Complaint.

12      5       On or about January 5, 2010, Defendants Keith Sherman Individually and d/b/a
13 Taco Bell, and Keith Sherman Enterprises, Inc. were served with a copy of the Complaint and
14 summons; Defendants Keith Sherman Individually and d/b/a Taco Bell, and Keith Sherman
15 Enterprises, Inc. have until approximately January 25, 2010, to file their answer or other
16 responsive pleading to the Complaint.

17      6.      On January 21, 2010, my firm, as counsel for Defendants, contacted Plaintiff to
18 ascertain Plaintiff's willingness to enter into a stipulation providing Defendants with the
19 requested extension to submit their answer or other responsive pleading.

20      7.      To date, counsel for Defendants has not received a response to the request.
21 There have therefore been no previous extensions obtained.

22      8.      Defendants are currently investigating this matter and the requested extension
23 will provide Defendants with an opportunity to complete their investigation and explore the
24 possibility of settlement.

25      9.      This Ex Parte Application is not being submitted for the purpose of undue delay
26 or for any improper purpose and, again, will provide the parties an opportunity to explore the
27 possibility of an early settlement.  In addition, this Ex Parte Application will not impact any
28 existing scheduling dates or prejudice any of the parties to this litigation.

---

EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER    2:09-cv-03192 LKK DAD

2

PDF created with pdfFactory trial version www.pdffactory.com

1        10.     WHEREFORE, Defendants D.G. Smith Enterprises, Inc. Individually and d/b/a Taco Bell, David G. Smith Individually and d/b/a Taco Bell, Keith Sherman Individually and d/b/a Taco Bell, and Keith Sherman Enterprises, Inc, respectfully submit their Ex Parte Application requesting an extension of time until February 23, 2010, to submit their answer or other responsive pleading to Plaintiff's Complaint.

         I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed this 22nd of January 2010, at San Francisco, California.            /s/     Jennifer K. Achtert
                                                                                                    Jennifer K. Achtert

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

This matter having come before the Court on Defendants' **EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS D.G. SMITH ENTERPRISES, INC., INDIVIDUALLY AND D/B/A TACO BELL; DAVID G. SMITH, INDIVIDUALLY AND D/B/A TACO BELL; KEITH SHERMAN, INDIVIDUALLY AND D/B/A TACO BELL; AND KEITH SHERMAN ENTERPRISES, INC., TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, Defendants shall have until February 23, 2010, to submit their answer or other responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED**

DATED:  January 25, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER   2:09-cv-03192 LKK DAD

4

PDF created with pdfFactory trial version www.pdffactory.com