SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>D.G. Smith Enterprises, Inc., et al,<br><br><br>    Defendants | Case No.: CIV.S 09-cv-03192-LKK-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ENGEN VENTURES, INC.; DJB PROPERTIES, LP AND ORDER**<br><br>Complaint Filed: NOVEMBER 17, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Engen Ventures, Inc.; DJB Properties, LP) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.


Dated: January 22, 2010                    /s/Scott N. Johnson_____
                                           SCOTT N. JOHNSON
                                           Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                   CIV: S-09-03192-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

3  Dated: January 25, 2010

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-03192-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com