UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

D.G. SMITH ENTERPRISES, INC., et al.,

        Defendants.
_____/

NO. CIV. S-09-3192 LKK/DAD

O R D E R

    A status conference was held in chambers on February 1, 2010. After hearing, the court orders as follows:

    1.  A further status conference is set for April 12, 2010 at 2:00 p.m.

    2.  The parties shall file updated status reports ten (10) days prior to the new status conference date.

    IT IS SO ORDERED.

    DATED: February 3, 2010.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT