UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

  v.

D.G. SMITH ENTERPRISES, INC., et al.,

      Defendants.

NO. CIV. S-09-3192 LKK/DAD

O R D E R

A status conference was held in chambers on February 1, 2010. After hearing, the court orders as follows:

1. A further status conference is set for April 12, 2010 at 2:00 p.m.
2. The parties shall file updated status reports ten (10) days prior to the new status conference date.

IT IS SO ORDERED.

DATED: February 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1