SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D.G. Smith Enterprises, Inc., et al,<br><br><br>　　　　Defendants | Case No.: CIV.S 09-cv-03192-LKK-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JOSEPH D. FANELLI AND ORDER**<br><br>Complaint Filed: NOVEMBER 17, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Joseph D. Fanelli) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Joseph D. Fanelli) is dismissed because this Defendant is deceased.

Dated: March 1, 2010　　　　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-03192-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated: March 2, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-03192-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com