1  JACQUELINE DESOUZA, State Bar No.:133686
   DESOUZA LAW OFFICES, a professional corporation
2  1615 Hopkins Street
   Berkeley, CA 94707
3  Tel/Fax: (510) 649-3420

4  Attorneys for Defendant(s):
   PRB MANAGEMENT LLC, Individually and
5  d/b/a Taco Bell; and WILLETT LAND
   COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA--SACRAMENTO

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. 2:09-CV-03192-LKK-DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL OF WILLETT LAND COMPANY** |
| D.G. SMITH ENTERPRISES, INC., et al. | |
| Defendants. | Complaint Filed: November 17, 2009 |

Defendants PRB Management, LLC and Willett Land Company by and through their attorneys of record and Plaintiff Scott N. Johnson hereby stipulate and agree as follows:

Plaintiff has made claims against PRB Management, LLC and Willett Land Company for failing to remove barriers to access to a restaurant operated by PRB Management, LLC ("PRB") on premises leased by Willett Land Company ("Willett") and located at 1801 Watt Avenue, in Sacramento, California ("the Property"). PRB and Willett deny such allegations. PRB, however, agrees that it will assume responsibility to pay for any settlement payments or damages awarded to Plaintiff based on the allegations in this complaint and arising from barriers to access at the Property. Based on such stipulation, Plaintiff agrees to dismiss Willett from this action with prejudice.

1

STIPULATION OF THE PARTIES RE DISMISSAL OF WILLETT LAND COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

Thus, pursuant to Fed. R. Civ.P rule 41 subd. (a)(1), PRB, Willet, and Mr. Johnson stipulate and agree that Willett Land Company be dismissed from this action with prejudice.

IT IS STIPULATED:

Dated: April 9, 2010

DESOUZA LAW OFFICES
a professional corporation

By: __/s/ Jacqueline deSouza_____
Jacqueline deSouza
Attorneys for PRB MANAGEMENT LLC,
Individually and d/b/a Taco Bell; and
WILLETT LAND COMPANY, INC.

Dated: April 8, 2010

By: ____/s/ Scott N. Johnson_____
Scott N. Johnson
Plaintiff

Good cause appearing, it is hereby Ordered:

Willett Land Company is hereby dismissed from this action with prejudice.

Dated: April 9, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com