SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>D.G. Smith Enterprises, Inc., et al,<br><br>Defendants | Case No.: CIV.S 09-cv-03192-LKK-DAD<br><br>**STIPULATED DISMISSAL OF DEFENDANTS D.G. SMITH ENTERPRISES, INC.; DAVID G. SMITH AND ORDER**<br><br>Complaint Filed: NOVEMBER 17, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendants D.G. Smith Enterprises, Inc.; David G. Smith, by and through their designated Counsel of record (Scott N. Johnson; Jennifer Kristin Achtert) that Defendants (D.G. Enterprises, Inc.; David G. Smith) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (D.G. Enterprises, Inc.; David G.

1

STIPULATED DISMISSAL and Proposed ORDER            CIV: S-09-03192-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Smith) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: April 27, 2010 /s/Scott N. Johnson
SCOTT N. JOHNSON
Attorney for Plaintiff

Dated: April 27, 2010 /s/Jennifer Kristin Achtert
JENNIFER KRISTIN ACHTERT,
Attorney for Defendant
D.G. Enterprises, Inc.;
David G. Smith

**IT IS SO ORDERED**.

Dated: April 30, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

STIPULATED DISMISSAL and Proposed ORDER      CIV: S-09-03192-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com