SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>D.G. Smith Enterprises, Inc., et al,<br><br>Defendants | Case No.: CIV.S 09-cv-03192-LKK-DAD<br><br>**STIPULATED DISMISSAL OF DEFENDANTS KEITH SHERMAN; KEITH SHERMAN ENTERPRISES, INC. AND ORDER**<br><br>Complaint Filed: NOVEMBER 17, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendants Keith Sherman; Keith Sherman Enterprises, Inc., by and through their designated Counsel of record (Scott N. Johnson; Jennifer Kristin Achtert) that Defendants (Keith Sherman; Keith Sherman Enterprises, Inc.) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendants (Keith Sherman; Keith

PDF created with pdfFactory trial version www.pdffactory.com

1  Sherman Enterprises, Inc.) are dismissed because Plaintiff and these Defendants have settled
2  their dispute.

Dated: April 23, 2010 /s/Scott N. Johnson
SCOTT N. JOHNSON
Attorney for Plaintiff

Dated: April 23, 2010 /s/Jennifer Kristin Achtert
JENNIFER KRISTIN ACHTERT,
Attorney for Defendant
Keith Sherman;
Keith Sherman Enterprises, Inc.

**IT IS SO ORDERED**.

Dated: May 18, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

STIPULATED DISMISSAL and Proposed ORDER    CIV: S-09-03192-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com