SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

      Plaintiff,

vs.

D.G. Smith Enterprises, Inc., et al,

      Defendants

Case No.: CIV.S 09-cv-03192-LKK-DAD

**PLAINTIFF'S REQUEST FOR DISMISSAL OF PK I CABLE PARK, LP; PAN PACIFIC (LAGUNA PARK VILLAGE), LLC AND ORDER**

Complaint Filed: NOVEMBER 17, 2009

**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS**

    **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (PK I Cable Park, LP; Pan Pacific {Laguna Park Village}, LLC) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendants (PK I Cable Park, LP; Pan Pacific {Laguna Park Village}, LLC) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: July 23, 2010                          /s/Scott N. Johnson_____
                                                            SCOTT N. JOHNSON
                                                            Attorney for Plaintiff

1 **IT IS SO ORDERED**.
2
3 Dated: July 26, 2010
4
5
6 _____
  LAWRENCE K. KARLTON
7 SENIOR JUDGE
  UNITED STATES DISTRICT COURT